```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 08 B 24295
   NESTOR SERRANO
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-6465

--------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
   The case was filed on 09/12/2008 and was not confirmed.

   The case was converted to chapter 7 without confirmation 11/28/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                           PAID            PAID
--------------------------------------------------------------------------
CPS                        SECURED VEHIC     7687.41           .00             .00
CPS                        UNSECURED         3907.48           .00             .00
AARONS SALES & LEASE OWN   UNSECURED        NOT FILED          .00             .00
ASSET ACCEPTANCE LLC       UNSECURED          129.42           .00             .00
CMI                        UNSECURED        NOT FILED          .00             .00
CREDIT PROTECTION ASSOC    UNSECURED        NOT FILED          .00             .00
PREMIER BANKCARD           UNSECURED          410.50           .00             .00
MIDWEST BANK & TRUST       UNSECURED        NOT FILED          .00             .00
JOYNER LAW OFFICE          DEBTOR ATTY          .00                            .00
TOM VAUGHN                 TRUSTEE                                             .00
DEBTOR REFUND              REFUND                                              .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                       --------------       --------------
TOTALS                        .00                   .00




            PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 24295 NESTOR SERRANO
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 02/24/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |